2241 Motion Emergency        Date 12-28-23

Anton Cross
      vs
T. Rules

FILED
01/02/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk
2:24-cv-00004-JMS-MKK

I have been locked up since June 18, 2010 for Distribution of Crack Cocain and I have been earning time credits towards my release date due to the First Step Act. I have been earning 10 days per month, but I have not been getting them applied toward my sentence at all.. As of right now I have earned 365 days and counting. The warden T. Rules has denied the earned day toward my sentence from the F.S.A, because I am not a low or minimum recidivism but the F.S.A does not state that you can not apply the Earned Time Credit days if you are not a low or minimum. It states, "If you are a low recidivism you can earn 15 days every 30 days and if you are a high or medium you can earn 10 days every 30 days. I am just asking for this E.T.C to be corrected because the warden T. Rule is saying he is not going to grant it because he says my past is violent do to Two fighting incident reports that happen over 5 years ago and according to the F.S.A it is not. Can the warden T. Rule go against the F.S.A law?

x Anton Cross #11066029
The office of the Clerk of U.S District Court
921 Ohio Street, Room 104
Terre Haute, In 47807