UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTON CROSS, | ) |
|     Petitioner, | ) ) ) |
|     v. | ) No. 2:24-cv-00004-JMS-MKK ) |
| T. RULES, | ) ) |
|     Respondent. | ) |

**Final Judgment**

The court now enters final judgment. The petition for a writ of habeas corpus is **DISMISSED**.

Date: 3/26/2024

*(signature)*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

ANTON CROSS
11066029
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808